JS-6

1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                        **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12
13
14
15
16

| | |
|---|---|
| ROBERT HORN, | ) Case No. 8:18-cv-2259-SVW (SP) |
|          Petitioner, | ) |
|        v. | )           **JUDGMENT** |
| TAMMY FOSS, Warden, | ) |
|          Respondent. | ) |
| _____ | ) |

17
18        Pursuant to the Order Accepting Findings and Recommendation of United
19 States Magistrate Judge,
20        IT IS HEREBY ADJUDGED that the Petition is denied and this action is
21 dismissed with prejudice.
22
23
24 DATED:    June 24, 2022           _____
25                               HONORABLE STEPHEN V. WILSON
                                 UNITED STATES DISTRICT JUDGE
26
27
28